IN THE SUPREME COURT OF THE STATE OF NEVADA

CITY OF HENDERSON,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
RICHARD SCOTTI, DISTRICT JUDGE,
Respondents,
   and
JESUS RAMIREZ MUNOZ,
Real Party in Interest.

No. 79017

**FILED**

NOV 01 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
       DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order vacating a verdict pursuant to a bench trial and remanding the case to Henderson Municipal Court. Having considered the petition and appendix filed in this matter, we are not convinced that our extraordinary and discretionary intervention is warranted. *See* NRS 34.160; NRS 34.320; *Halverson v. Miller*, 124 Nev. 484, 487, 186 P.3d 893, 896 (2008) (recognizing that the decision to issue a writ of mandamus or prohibition "is solely within this court's discretion" and that petitioner bears the burden to establish that such extraordinary relief is appropriate).[1]

---

[1]We do not reach the arguments raised in the cross-petition for a writ of prohibition, as those arguments either are resolved by this order or were not raised below. *See Old Aztec Mine, Inc. v. Brown*, 97 Nev. 49, 52, 623 P.2d 981, 983 (1981) (we need not consider arguments that were not raised below).

19-44907

Further, petitioner has an adequate remedy at law. *See* NRS 34.170 (providing that writ of mandamus is proper only when there is no plain, adequate, and speedy legal remedy). We therefore

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Richard Scotti, District Judge
Attorney General/Carson City
Henderson City Attorney
Mueller & Associates
Eighth District Court Clerk